# FAYETTE COUNTY.

## December Term, 1796.

### PENNSYLVANIA *v.* STEPHEN MYERS.

*M*YERS and one *Pratt* were fufpected of being concerned, with feveral others, in horfe-ftealing and burglary. *Myers* was tried now for ftealing a horfe. It was proved, that he fold the horfe in *Maryland* for 40 dollars, and the owner valued him at 80 dollars.— *Myers* and *Pratt* were both in jail, on a charge of burglary. *Myers* told the owner, that he bought the horfe from *Pratt*. *Pratt* was not then prefent, but, afterwards, when afked by the owner, faid, he never fold or gave a horfe to *Myers*. At another time, *Pratt* faid, he had given *Myers* a horfe, which he had bought from a man whom he did not know. And, on the trial, he fwore this, and that he had fold him to *Myers* for 30 dollars. Declarations of *Myers* were proved, that he gave 12 dollars to *Pratt* for the horfe.

*Pratt* was committed to anfwer for ftealing this horfe.    1796.

*Simonfon*, for the prifoner.   The evidence, at moft amounts only to proof of receiving ftolen goods, knowing them to be ftolen; and there can be no conviction on this indictment.

*Young*, for the ftate. *Pratt* and *Myers* were confederates in this offence.

PRESIDENT.   If *Myers* neither took this horfe, nor was prefent aiding and abetting at the taking, he cannot be convicted on this indictment; for taking is a material part of the larceny.   But there is evidence, that *Myers* had this horfe ;  and, from this, it may be prefumed, that he took him, unlefs he can give a credible account of his having otherwife got poffeffion of him. You will therefore confider whether the account, which he has made of this, be credible ;  or whether, like the fable of the two thieves and the butcher, it be one of thofe tricks, which fharpers and thieves ufe, to cloak their common villany.

Verdict guilty.

*Simonfon*, moved for a new trial on two grounds ;— 1. that the verdict is contrary to evidence ; and, 2, that the direction to the jury was wrong.

PRESIDENT.   1. The jury had evidence, on which they might find the verdict, as they found it.  The direction ftated this to them.   2. We are yet of the fame opinion we then gave.